**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHN T. MOSS
ADC #79311**                                                                                           **PLAINTIFF**

v.                            **CASE NO. 5:12CV00356 BSM/JTK**

**CORIZON, INC.
f/k/a Correctional Medical Services et al.**                                     **DEFENDANTS**

## ORDER

The proposed findings and recommended partial dispositions submitted by United States Magistrate Judge Jerome T. Kearney [Doc. Nos. 6, 12] and the filed objections [Doc. Nos. 7, 21] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial dispositions should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. All claims other than plaintiff John T. Moss's hepatitis C claims against defendants Corizon, Inc., Ojiugo Iko, Roland Anderson, and Connie Hubbard are dismissed without prejudice.

2. All claims against defendants Rick Hallworth, Kevin Bice, J.M. Courtney, and Jack Davidson are dismissed with prejudice.

3. Moss's motions for order and for injunctive relief [Doc. Nos. 3, 4] are denied.

Dated this 6th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE