**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN T. MOSS,
ADC #79311                                                                          PLAINTIFF

v.                                        5:12-cv-00356-BSM-JTK

CORIZON, INC., et al.                                                        DEFENDANTS

## ORDER

By Order dated September 26, 2012, this Court directed the issuance of summons and service

of Plaintiff's Complaint on Defendants Corizon, Inc., Iko, Anderson, and Hubbard (Doc. No. 5).

Summons was returned, unexecuted, with respect to Defendant Anderson on October 31, 2012, and

December 7, 2012 (Doc. Nos. 15, 34).    Included with the last return and filed under seal is a memo

containing Defendant Anderson's last-known address.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the

Defendant Roland Anderson, and the United States Marshal is hereby directed to serve a copy of

the summons and Complaint (Doc. No. 2) on Defendant at the address provided under seal, without

prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 13th day of December, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1