IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN T. MOSS,                                                                                                PLAINTIFF
ADC #79311

v.                                              5:12CV00356-BSM-JTK

CORIZON, INC., et al.                                                                                   DEFENDANTS

## ORDER

Plaintiff's Motion for Hearing (Doc. No. 54) is hereby construed as a Motion for Preliminary Injunctive Relief and Hearing, and shall be docketed as such. Defendants shall file a Response to the Motion within fifteen days of the date of this Order.

IT IS SO ORDERED this 7th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE