**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN T. MOSS,
ADC #79311                                                                                    PLAINTIFF

5:12CV00356-BSM-JTK

CORIZON, INC., et al.                                                                    DEFENDANTS

## ORDER

Plaintiff has provided two addresses for Defendant Roland Anderson, who has not yet been served (Doc. No. 64).   Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Roland Anderson, and the United States Marshal is directed to serve a copy of the summons and complaint (Doc. No. 2) on Defendant, at the addresses set forth in Plaintiff's "Notice" (Doc. No. 64), without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE