IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN T. MOSS,
ADC #79311                                                                                          PLAINTIFF

5:12CV00356-BSM-JTK

CORIZON, INC., et al.                                                                      DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motion for Reconsideration and Addendum (Doc. Nos. 62, 66) within ten days of the date of this Order.

IT IS SO ORDERED this 10th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE