IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN T. MOSS,                                                                                        PLAINTIFF
ADC #79311

v.                                              5:12CV00356-BSM-JTK

CORIZON, INC., et al.                                                                         DEFENDANTS

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 62) of this Court's March 26, 2013 Order denying his Motion to Compel (Doc. No. 61) is DENIED. Defendants indicate in their Response (Doc. No. 74) that they have provided copies of all Plaintiff's medical records since 2000 for his review, and they further provide evidence that Plaintiff has reviewed his medical records on eight separate occasions since April 4, 2013 (Doc. No. 74-1).

IT IS SO ORDERED this 9th day of May, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE