**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHN T. MOSS**
**ADC #79311**                                                                                          **PLAINTIFF**

v.                          **CASE NO. 5:12CV00356 BSM/JTK**

**CORIZON, INC.**
**f/k/a Correctional Medical Services et al.**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 59] and the filed objections [Doc. No. 63] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff John T. Moss's motion for preliminary injunctive relief and hearing [Doc. No. 54] is denied.

Dated this 16th day of May 2013.

                                                                    /s/ Brian S. Miller
                                                                    UNITED STATES DISTRICT JUDGE