# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN T. MOSS,                                                                                              PLAINTIFF
ADC #79311

v.                                            5:12CV00356-BSM-JTK

CORIZON, INC., et al.                                                                                 DEFENDANTS

## ORDER

Defendants' Motion for Disclosure of Expert Witnesses (Doc. No. 107) is GRANTED in part.[1]  Plaintiff shall disclose any expert witnesses by January 31, 2014, and Defendants shall disclose any expert witnesses by February 10, 2014.

IT IS SO ORDERED this 13th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not respond to the Motion.